UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI-DADE DIVISION
"IN ADMIRALTY"

4 HUNGRY DOGS, LLC,                               CASE NO.: 1:22-CV-23912-PCH

    Plaintiff,
v.

POSEIDON FERRY LLC; and
WYNTER LYNN FROMHARTZ,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on November 13, 2023, all of the parties or their authorized representatives and insurer(s) attended via Zoom and the matter was settled.

Respectfully submitted,

Joshua B. Spector, Mediator
14 NE 1st Avenue, Suite 1100
Miami, Florida 33132
(786) 786-7272 (Tel.)

By: /s/ Joshua B. Spector, Esq.
      Joshua B. Spector, Mediator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on November 15, 2023, on all counsel or parties who have appeared in the above-styled action.

/s/ Joshua Spector, Esq.
Joshua Spector, Esq.
Florida Bar No. 584142