UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-23912-HUCK

**4 HUNGRY DOGS, LLC**,

    Plaintiff,

v.

**POSEIDON FERRY, et al.**,

    Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS CAUSE** is before the Court on the Mediation Report [ECF No. 37], which was filed on November 15, 2023, and indicated that the parties had fully resolved the matter during mediation. Accordingly, it is

**ORDERED AND ADJUDGED** that all of Plaintiff, 4 Hungry Dogs, LLC's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**. All pending motions in this civil action are thus **DENIED as MOOT**. And the clerk is directed to **CLOSE** this case. The Court will **retain jurisdiction for 60 days** to enforce the terms of the settlement agreement.

**DONE AND ORDERED** in Miami, Florida on November 16, 2023.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record